JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

JS-6

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 12-10205 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Anand M. Atyam, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Anand M. Atyam, in the principal amount of $2,742.65 plus interest accrued to November 26, 2012, in the sum of $342.05; with interest accruing thereafter at the daily rate of $0.18 until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$3,084.70**.

DATED: January 24, 2013             By: TERRY NAFISI
                                        Clerk of the Court

                                        /s/ Jenny Lam
                                        Deputy Clerk
                                        United States District Court